UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ D. JONES, <br><br> Plaintiff, <br><br> v. <br><br> KEVIN BRYAN PARAMORE, <br><br> Defendant. | CASE NO. 2:23-cv-01223-JHC <br><br> ORDER DENYING IFP APPLICATION |

The Court, having considered the report and recommendation filed by the assigned United States Magistrate Judge, all objections, and the record, finds and ORDERS:

1. The Report and Recommendation is adopted and leave to proceed in forma pauperis is DENIED.

2. Plaintiff shall pay the filing fee within thirty days of this order. If Plaintiff fails to do so, this matter is dismissed, and the clerk shall close and terminate the matter.

Dated this 18th day of August, 2023.

*John H. Chun*

John H. Chun
United States District Judge

ORDER DENYING IFP APPLICATION - 1