1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES,<br><br>               Plaintiff,<br><br>   v.<br><br>KEVIN BRYAN PARAMORE,<br>               Defendant. | CASE NO. 2:23-cv-01223-JHC<br><br>ORDER TO TERMINATE MATTER |

Before the Court is non-represented Plaintiff Cortez Daundre Jones's complaint against Defendant Kevin Bryan Paramore (Dkt. # 1-1) and accompanying application to proceed *in forma pauperis* ("IFP"). Dkt. # 1. On August 16, 2023, Magistrate Judge Tsuchida recommended the immediate denial of Plaintiff's IFP application. Dkt. # 4. On August 18, 2023, the Court adopted the Magistrate Judge's report and recommendation and ordered Plaintiff to pay the corresponding filing fee within thirty (30) days of its order. *See* LCR 3(a); Dkt. # 6. The Court clarified that if Plaintiff failed to do so, the matter would be dismissed. Dkt. # 6. Because thirty (30) days have passed since the court's order (Dkt. # 6), the Clerk is directed to close and terminate this matter.

\

ORDER TO TERMINATE MATTER - 1

Dated this 3rd day of October, 2023.

*John H. Chun* (signature)

John H. Chun
United States District Judge